IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

PROMPT MEDICAL SYSTEMS, L.P., a
Texas Limited Partnership,

        Plaintiff,

CIVIL ACTION No. 2:11-mc-00071-GLL

vs.

ALLSCRIPTSMISYS HEALTHCARE
SOLUTIONS, INC., et al.,

        Defendants.

## ORDER OF COURT

AND NOW, this 25th day of March, 2011, upon consideration of Movant FAMILY HEALTHCARE, LLC.'s Motion to Dismiss, IT IS HEREBY ORDERED that said motion is is GRANTED and Movant's Motion to Squash Subpoena is hereby DISMISSED WITHOUT PREJUDICE.

        BY THE COURT:

        _____, C.J.